**UNITED STATES OF AMERICA
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| WILLIAM EMMETT LECROY, JR., | CRIMINAL NO. 2:02-cr-0038-01 |
| Movant, | |
| vs. | CIVIL ACTION FILE |
| UNITED STATES OF AMERICA, | NO. 2:08-cv-0083-RWS |
| Respondent. | |

**J U D G M E N T**

The Court having denied the motion filed pursuant to Title 28, United States Code,

Section 2255,

Judgment is hereby entered in favor of the Respondent and against the Movant.

Dated at Gainesville, Georgia this 2nd day of April, 2012.

JAMES N. HATTEN
CLERK OF COURT

By:  s/Vicki L. Dougherty
Deputy Clerk

Filed:  April 2, 2012
Entered:
In the Clerk's Office

JAMES N. HATTEN
Clerk of Court

By:  s/Vicki L. Dougherty
Deputy Clerk