# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 10, 2012

John Richard Martin
Martin Brothers, PC
44 BROAD ST NW STE 202
ATLANTA, GA 30303-2328

Sandra Michaels
Attorney at Law
44 BROAD ST NW STE 202
ATLANTA, GA 30303-2329

Appeal Number: 12-15132-P
Case Style: William LeCroy, Jr. v. USA
District Court Docket No: 2:08-cv-00083-RWS
Secondary Case Number: 2:02-cr-00038-RWS-SSC

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries. Upon receipt of the district court's order concerning whether a certificate of appealability will be issued, we will advise you regarding further requirements.

Upon entry of an order regarding a certificate of appealability and/or leave to proceed in forma pauperis on appeal, the district court clerk is requested to forward a copy of that order and a copy of the page of the district court docket sheet reflecting entry of that order.

Please file the transcript order form within fourteen (14) days of the date of this letter.  A form is available from the district court clerk.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application for Admission to the Bar and Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov . The clerk may not accept motions or other filings

from an attorney until that attorney files an appearance form. <u>See</u> 11th Cir. R. 46-5.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Jenifer L. Tubbs / cpm
Phone #: 404-335-6166

HAB-1 Ntc of dktg COA IFP pndg DC