**DEATH PENALTY CASE**
IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

## CASE NO. 12-15132-P

WILLIAM EMMETT LECROY, JR.,
Appellant/Petitioner,

v.

UNITED STATES OF AMERICA,
Appellee/Respondent.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA, GAINESVILLE DIVISION

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE
APPELLANT'S INITIAL BRIEF AND RECORD EXCERPTS**

JOHN R. MARTIN
Martin Brothers, P.C.
Georgia Bar No. 473325
202 The Grant Building
44 Broad Street N.W.
Atlanta, GA 30303
(404) 522-0400

SANDRA MICHAELS
Martin Brothers, P.C.
Georgia Bar No. 504014
202 The Grant Building
44 Broad Street N.W.
Atlanta, GA 30303
(404) 522-0400
**Attorneys for Appellant**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

WILLIAM EMMETT LECROY, JR.,     \*

                              \*

         Appellant/Petitioner,           \*

                              \*

v.                                  \*     Case No. 12-15132-P

                              \*

UNITED STATES OF AMERICA     \*

                              \*

         Appellee/Respondent.        \*

## CERTIFICATE OF INTERESTED PERSONS

The Appellant certifies that the following persons have an interest in the outcome of the instant appeal:

William Emmett LeCroy, Jr. – Appellant

John R. Martin – Appellant's counsel

William McKinnon – Appellee's counsel

Sandra Michaels – Appellant's counsel

Richard W. Story – District Court Judge

Joann Tiesler – Victim

1

**IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

WILLIAM EMMETT LECROY, JR.,     *

                               *

     Appellant/Petitioner,         *

                               *

v.                               *     **Case No. 12-15132-P**

                               *

**UNITED STATES OF AMERICA**     *

                               *

     Appellee/Respondent.        *

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE APPELLANT'S INITIAL BRIEF AND RECORD EXCERPTS

Appellant William Emmett LeCroy, Jr., by and through undersigned counsel, hereby moves the Court, pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Rules 26-1 and 31-2(a) of the Rules of this Court, for a thirty (30) day enlargement of the time for filing Appellant's Initial Brief and Record Excerpts.

-1-

This is the appeal of the denial of relief of a petition filed under 28 U.S.C. §2255 challenging the Appellant's convictions and death sentence. On December 19, 2012, the District Court granted a Certificate of Appealability as to six issues raised in the petition.

-2-

The Appellant's Initial Brief and Record Excerpts are currently due on January 28, 2013.

-3-

Unfortunately, due to preexisting commitments of counsel in other matters, counsel will need an additional thirty (30) days to prepare a suitable Initial Brief in this case.

-4-

Counsel's other commitments include preparation and litigating a hearing scheduled for January 24 and 25, 2013, raising issues regarding the defendant's mental retardation and therefore exemption from the death penalty in United States v. Xavier Jimenez-Bencevi, Case No. 12-221(JAF), a capital case where undersigned counsel is appointed counsel, pending in the District of Puerto Rico, and preparation and filing of a petition for certiorari with the Supreme Court with respect to this Court's decision in Gary v. Warden, 686 F.3d 1261 (11th Cir. 2012), currently due no later than January 26, 2012.

-5-

With an additional thirty (30) days, counsel should be able to prepare an appropriate and suitable brief in support of Appellant's case, making the Initial Brief and Record Excerpts due no later than February 27, 2013.

3

-6-

Counsel has contacted counsel for the Government, AUSA William McKinnon, who has told counsel that he does not object to the requested enlargement. The Appellant is incarcerated.

WHEREFORE, counsel respectfully request that the Court grant the thirty (30) day extension requested herein, making the Appellant's Initial Brief and Record Excerpts due on February 27, 2013.

This 2nd day of January, 2013.

Respectfully submitted,

John R. Martin
MARTIN BROTHERS, P.C.
202 The Grant Building
44 Broad St., N.W.
Atlanta, GA  30303
(404) 522-0400
jack@martinbroslaw.com

Sandra Michaels
202 The Grant Building
44 Broad St., N.W.
Atlanta, GA  30303
(404) 522-0400
slmichaels@mindspring.com

**ATTORNEYS FOR**
**APPELLANT WILLIAM LECROY, JR.**

4

## CERTIFICATE OF SERVICE

This is to certify that I have this day served William McKinnon, Assistant United States Attorney, 600 Richard Russell Building, 75 Spring Street, S.W., Atlanta, GA 30303 with a copy of the within and foregoing **Motion for Enlargement of Time to File Initial Brief of the Appellant and Record Excerpts** by depositing in the United States Mail in a properly addressed envelope with sufficient postage affixed thereon to assure delivery.

This 2nd day of January, 2013.

_____
John R. Martin