IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 12-15132-P

WILLIAM EMMETT LECROY, JR.,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA,

Respondent - Appellee.

Appeal from the United States District Court
for the Northern District of Georgia

ORDER:

Appellant's motion for an extension of time, to February 27, 2013, to file his initial brief and record excerpts is *Granted*

_____
UNITED STATES CIRCUIT JUDGE