IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-15132-P

_____

WILLIAM EMMETT LECROY, JR.,

        Petitioner - Appellant,

versus

UNITED STATES OF AMERICA,

        Respondent - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ORDER:

    Appellant's motion for an extension of time, to March 11, 2013, to file the initial brief and record excerpts is   *Granted*

_____
UNITED STATES CIRCUIT JUDGE