# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 17, 2013

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number:  12-15132-P
Case Style:  William LeCroy, Jr. v. USA
District Court Docket No:  2:08-cv-00083-RWS
Secondary Case Number:  2:02-cr-00038-RWS-SSC-1

On April 1, 2013, this Court began **MANDATORY electronic filing.** All counsel are required to file documents electronically in appeals pending on April 1, 2013, and in appeals docketed in this Court on or after that date, unless exempted for good cause.

The enclosed order has been ENTERED.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Jenifer L. Tubbs
Phone #: 404-335-6166

MOT-2 Notice of Court Action