# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

No. 12-15132-P

WILLIAM EMMETT LECROY, JR.,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA,

Respondent - Appellee.

Appeal from the United States District Court
for the Northern District of Georgia

ORDER:

Appellee's motion for an extension of time, to May 6, 2013, to file the brief

is  *Granted*

_____
UNITED STATES CIRCUIT JUDGE