**DEATH PENALTY CASE**
IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

**CASE NO. 12-15132-P**
_____

WILLIAM EMMETT LECROY, JR.,
Appellant/Petitioner,

v.

UNITED STATES OF AMERICA,
Appellee/Respondent.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA, GAINESVILLE DIVISION

_____

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE
APPELLANT'S REPLY BRIEF**

_____

JOHN R. MARTIN
Martin Brothers, P.C.
Georgia Bar No.  473325
202 The Grant Building
44 Broad Street N.W.
Atlanta, GA 30303
(404) 522-0400

SANDRA MICHAELS
Martin Brothers, P.C.
Georgia Bar No.  504014
202 The Grant Building
44 Broad Street N.W.
Atlanta, GA 30303
(404) 522-0400
**Attorneys for Appellant**
**IN THE UNITED STATES COURT OF APPEALS**

## FOR THE ELEVENTH CIRCUIT

| | | |
|---|---|---|
| **WILLIAM EMMETT LECROY, JR.,** | * | |
| | * | |
| **Appellant/Petitioner,** | * | |
| | * | |
| **v.** | * | **Case No. 12-15132-P** |
| | * | |
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **Appellee/Respondent.** | * | |

## <u>CERTIFICATE OF INTERESTED PERSONS</u>

The Appellant certifies that the following persons have an interest in the outcome of the instant appeal:

William Emmett LeCroy, Jr. – Appellant

John R. Martin – Appellant's counsel

William McKinnon – Appellee's counsel

Sandra Michaels – Appellant's counsel

Richard W. Story – District Court Judge

Joann Tiesler – Victim

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

WILLIAM EMMETT LECROY, JR.,      *

          *

    Appellant/Petitioner,      *

          *

v.      *      **Case No. 12-15132-P**

          *

UNITED STATES OF AMERICA      *

          *

    Appellee/Respondent.      *

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE APPELLANT'S REPLY BRIEF

Appellant William Emmett LeCroy, Jr., by and through undersigned counsel, hereby moves the Court, pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Rules 26-1 and 31-2(a) of the Rules of this Court, for a fourteen (14) day enlargement of the time for filing Appellant's Reply Brief.

-1-

This is the appeal of the denial of relief of a petition filed under 28 U.S.C. §2255 challenging the Appellant's convictions and death sentence. On December 19, 2012, the District Court granted a Certificate of Appealability as to six issues raised in the petition.

-2-

The Initial Brief of the Appellant was filed on March 11, 2013. The Government filed the Appellee's Brief on May 6, 2013, making Appellant's Reply Brief currently due on May 20, 2013.

-3-

Counsel for Appellant, John R. Martin and Sandra Michaels, are currently involved as appointed learned counsel and mitigation expert, respectively, in trying a death penalty case in the District of Puerto Rico. United States v. Xavier Jiménez Bencevi, Case No. 12-221(JAF). Trial has been ongoing since April 15, 2013 and is continuing this week.

-4-

Accordingly, undersigned counsel request a fourteen (14) day enlargement of the time to prepare a suitable Reply Brief in the above-styled case, making the Reply due no later than June 3, 2013.

-5-

With an additional fourteen (14) days, counsel should be able to complete their representation in their death penalty case in Puerto Rico and then have enough time to prepare an appropriate and suitable Reply Brief in support of Appellant's case, making the Reply Brief due on or before June 3, 2013.

-6-

Counsel has contacted counsel for the Government, AUSA William McKinnon, who has told counsel that he does not object to the requested enlargement. The Appellant is incarcerated.

WHEREFORE, counsel respectfully request that the Court grant the fourteen (14) day extension requested herein, making the Appellant's Reply Brief due on June 3, 2013.

This 8th day of May, 2013.

Respectfully submitted,

s/John R. Martin
John R. Martin
MARTIN BROTHERS, P.C.
202 The Grant Building
44 Broad St., N.W.
Atlanta, GA  30303
(404) 522-0400
jack@martinbroslaw.com


s/Sandra Michaels
Sandra Michaels
202 The Grant Building
44 Broad St., N.W.
Atlanta, GA  30303
(404) 522-0400
slmichaels@mindspring.com

**ATTORNEYS FOR**
**APPELLANT WILLIAM LECROY, JR.**


<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that I have this day served William McKinnon, Assistant United States Attorney, 600 Richard Russell Building, 75 Spring Street, S.W., Atlanta, GA 30303 with a copy of the within and foregoing **Motion for Enlargement of Time to File Reply Brief** by depositing in the United States Mail in a properly addressed envelope with sufficient postage affixed thereon to assure delivery.

This 8th day of May, 2013.

s/John R. Martin
John R. Martin