**UNITED STATES COURT OF APPEALS**
**For the Eleventh Circuit**

_____

No. 12-15132

_____

District Court Docket No.
2:08-cv-00083-RWS

WILLIAM EMMETT LECROY, JR.,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA,

Respondent - Appellee.

_____

Appeal from the United States District Court for the
Northern District of Georgia

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: January 15, 2014
For the Court: John Ley, Clerk of Court
By: Carolyn PR Magers