**UNITED STATES COURT OF APPEALS**
**For the Eleventh Circuit**

———————

No. 12-15132

———————

District Court Docket No.
2:08-cv-00083-RWS

WILLIAM EMMETT LECROY, JR.,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA,

Respondent - Appellee.

———————————————————————

Appeal from the United States District Court for the
Northern District of Georgia

———————————————————————

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: January 15, 2014
For the Court: John Ley, Clerk of Court
By: Carolyn PR Magers

Issued as Mandate:
March 17, 2014