# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 26, 2014

James N. Hatten
U.S. District Court
121 SPRING ST SE
STE 201
GAINESVILLE, GA 30501

Appeal Number:  **12-15132-P**
Case Style:  William LeCroy, Jr. v. USA
District Court Docket No:  2:08-cv-00083-RWS
Secondary Case Number:  2:02-cr-00038-RWS-SSC-1

The following record materials in the referenced case are returned herewith:

Fifty-Six Volumes Record-on-Appeal and 1 box of Exhibits.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Will Miller

Phone #: (404) 335-6115

REC-3 Ltr Returning Record to DC