# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 31, 2014

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

      Re:  William Emmett LeCroy, Jr.
           v. United States
           No. 14-5536
           (Your No. 12-15132)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 31, 2014 and placed on the docket July 31, 2014 as No. 14-5536.

Sincerely,

**Scott S. Harris**, Clerk

by

Andrew Downs
Case Analyst