12-15132 —P

Honorable Susan S. Cole
U.S. District Court
121 SPRING ST SE STE 106
GAINESVILLE, GA 30501-3788

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 11, 2015

James N. Hatten
U.S. District Court
121 SPRING ST SE
STE 201
GAINESVILLE, GA 30501

Appeal Number:  12-15132-P
Case Style:  William LeCroy, Jr. v. USA
District Court Docket No:  2:08-cv-00083-RWS
Secondary Case Number:  2:02-cr-00038-RWS-SSC-1

The Supreme Court has denied certiorari. The court's mandate having previously issued, no further action will be taken by this court.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Jan S. Camp
Phone #: (404) 335-6171

MDT-4 Notice of Certiorari Denial to DC

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 9, 2015

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

Re:  William Emmett LeCroy, Jr.
     v. United States
     No. 14-5536
     (Your No. 12-15132)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

# UNITED STATES COURT OF APPEALS

ELEVENTH CIRCUIT

OFFICE OF THE CLERK

56 FORSYTH STREET, N.W.

ATLANTA, GEORGIA  30303

OFFICIAL BUSINESS

PENALTY FOR PRIVATE USE, $300

U.S. POSTAGE >> PITNEY BOWES

ZIP 30303  $ 000.48⁰
02 1W
0001378409 MAR 11 2015

NIXIE      300    FE 1009      03/17/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD